**FILED**
January 3, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CASE NUMBER: 2:11-mj-00391-CKD |
| ) | |
| Plaintiff,  ) | |
| v.                          ) | ORDER FOR RELEASE |
| )                            | OF PERSON IN CUSTODY |
| ERIC V. MYERS,              ) | |
| ) | |
| Defendant.  ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Eric V. Myers</u>; Case <u>2:11-mj-00391-CKD</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    ___   Bail Posted in the Sum of _____

    _X_   Unsecured Appearance Bond in the amount of <u>$10,000 co-signed by defendant's father.</u>

    ___   Appearance Bond with 10% Deposit

    ___   Appearance Bond secured by Real Property

    ___   Corporate Surety Bail Bond

    _X_   (Other) <u>Pretrial Supervision/Conditions, and third-party custody to defendant's father.</u>

Issued at  <u>Sacramento, CA</u>  on  <u>1/3/12</u>   at  <u>2:30 p.m.</u>

By  _/s/ Carolyn Delaney_
Carolyn K. Delaney
United States Magistrate Judge