```
DANIEL J. BRODERICK
Federal Defender
TIMOTHY ZINDEL, BAR #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ERIC V. MYERS
```

**FILED**

JAN 18 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-MJ-0391-CKD |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY EXAMINATION AND EXCLUDE TIME** |
| ) | |
| v. ) | |
| ) | |
| ERIC V. MYERS, ) | |
| ) | Date: January 20, 2012 |
| Defendant. ) | Time: 2:00 p.m. |
| ) | Judge: Hon. Dale A. Drozd |

It is hereby stipulated and agreed between defendant, Eric V. Myers, and plaintiff, United States of America, by and through their attorneys, that the preliminary hearing set for January 20, 2012, may be continued to February 3, 2012 at 2:00 p.m.

The government has agreed to provide discovery to defense counsel and the parties are exploring the possibility of resolving the case without further charging. Mr. Myers and the government have agreed to extend time for the preliminary hearing in order to determine the best manner in which to proceed. The parties therefore agree to extend the time for preliminary examination to February 3, 2012, at 2:00 p.m., and agree that good cause exists

1

within the meaning of Federal Rule of Criminal Procedure 5.1(d). The parties further agree that the time within which indictment must be filed may be extended to February 3, 2012, and that time under the Speedy Trial Act may be excluded to that date, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), to afford both parties reasonable time to prepare.

                                  Respectfully Submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

Dated:  January 18, 2012    /s/ T. Zindel
                                  TIMOTHY ZINDEL
                                  Assistant Federal Defender
                                  Attorney for ERIC V. MYERS


                                  BENJAMIN B. WAGNER
                                  United States Attorney

Dated:  January 18, 2012    /s/ T. Zindel for J. Lee
                                  JUSTIN LEE
                                  Special Assistant U.S. Attorney


## O R D E R

The preliminary hearing is continued to February 3, 2012, at 2:00 p.m., before Magistrate Judge Carolyn K. Delaney, the Court finding good cause, and time is excluded as set forth above and for the reasons set forth above.

    IT IS SO ORDERED.

Dated:  January 18, 2012                        /s/ Dale A. Drozd
                                  HON. DALE A. DROZD
                                  United States Magistrate Judge