FILED
MAR 27 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN L. LEE
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:11-MJ-00391-CKD |
|---|---|---|
| Plaintiff, | ) | ORDER VACATING PRELIMINARY EXAMINATION, SETTING STATUS HEARING, AND EXCLUDING TIME |
| v. | ) | |
| ERIC V. MYERS, | ) | DATE: March 28, 2012 |
| | ) | TIME: 2:00 p.m. |
| Defendant. | ) | JUDGE: Hon. Dale. A. Drozd |

It is hereby Ordered that the Preliminary Examination set for March 28, 2012 is VACATED. The parties shall appear for a status hearing before the duty magistrate on March 27, 2013 at 2:00 p.m. Time is excluded from March 27, 2012, through March 27, 2013, under Local Code I.

IT IS SO ORDERED.

Dated: March 27, 2012

_/s/ Dale A. Drozd_
HON. DALE A. DROZD
United States Magistrate Judge

1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN L. LEE
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       ) 2:11-MJ-00391
                                    )
12         Plaintiff,               ) STIPULATION RE: DIVERSION
                                    )
13    v.                            )
                                    )
14 ERIC V. MYERS,                   ) DATE: March 28, 2012
                                    ) TIME: 2:00 p.m.
15         Defendant.               ) JUDGE: Hon. Dale A. Drozd
                                    )

16

17     It is hereby stipulated and agreed between the United States
18 and the defendant by and through their respective counsel to
19 vacate the preliminary hearing set for March 28, 2012, and set
20 the matter for a status hearing before the duty magistrate on
21 March 27, 2013, at 2:00 p.m.
22     The parties have come to terms on a pretrial diversion
23 agreement whereby the defendant will be supervised by pretrial
24 services for a period of one year.  After the period of formal
25 diversion, the parties anticipate that the complaint in this
26 matter will be dismissed.  The parties request that the Court
27 ///
28 ///

1 | calendar this matter before the duty magistrate for a status
2 | hearing on March 27, 2013, at 2:00 p.m. and exclude time under
3 | Local Code I, 18 U.S.C. § 3161(h)(2).
4
5 |                           BENJAMIN B. WAGNER
                          United States Attorney
6
7 | Dated: March 27, 2012        /s/ Justin L. Lee
                                    JUSTIN L. LEE
8 |                           Special Assistant U.S. Attorney
9
                          DANIEL J. BRODERICK
10 |                           Federal Defender
11
12 | Dated: March 27, 2012        /s/ Timothy Zindel
                                    TIMOTHY ZINDEL
                          Assistant Federal Defender
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28